**IT IS ORDERED as set forth below:**

Date: August 21, 2009

_____
Mary Grace Diehl
U.S. Bankruptcy Court Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | CHAPTER 7 |
| MOHAMMED B. HOSSAIN | * | |
| | * | CASE NO. 09-75348-MGD |
| | * | |
| Debtor, | * | |
| | * | |

_____

| | | |
|---|---|---|
| | * | |
| GEORGIA LOTTERY CORPORATION | * | |
| | * | Adv. No. 09-06401 |
| Plaintiff, | * | |
| v. | * | |
| | * | |
| MOHAMMED B. HOSSAIN, | * | |
| | * | |
| Defendant. | * | |

**CONSENT JUDGMENT**

The Plaintiff filed this Adversary Proceeding seeking a determination regarding the dischargeability of Defendant's obligations to the Georgia Lottery Corporation. The

parties have discussed the adversary proceeding and reached agreement as to its resolution in its entirety; IT IS HEREBY ORDERED as follows:

The obligation that the Defendant owes to the Georgia Lottery Corporation is excepted from discharge under 11 U.S.C. § 523(a)(4).  Judgment is entered against Defendant in favor of Plaintiff in the amount of $9,285.90, representing the principal obligation demanded in the complaint of $9,035.90, plus court costs of $250.00.  A writ of execution shall issue in this case and may be recorded by Plaintiff.  As provided herein, this Adversary Proceeding is concluded in its entirety.

[END OF DOCUMENT]

Consented to by:


/s/ Lorena L. Saedi_____
LORENA L. SAEDI
Saedi & Wells, LLC
Suite 500
1401 Peachtree Street
Atlanta, Georgia 30309
Ga. Bar No. 622072
Attorney for Debtor



/s/ Julie Adams Jacobs_____
JULIE ADAMS JACOBS
40 Capitol Square, SW
Atlanta, Georgia 30334
(404) 463-5989
Ga. Bar No. 003595
Attorney for Georgia Lottery Corporation

Distribution List

**Debtor's Attorney**
Lorena L. Saedi
Saedi & Wells, LLC
Suite 500
1401 Peachtree Street
Atlanta, Georgia 30309

**Plaintiff's Attorney**
Julie Adams Jacobs
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334

**Debtor**
Mohammed Belayet Hossain
2768 Chicopee Drive
Atlanta, Georgia 30360

**Trustee**
Edwin K. Palmer
Post Office Box 1284
Decatur, Georgia 30031